# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-744

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025



## Title
_____

**Title of Work:** Colourful silhouettes joystick game background for boys

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** October 21, 2020
**Nation of 1st Publication:** Ukraine

## Author
_____

- **Author:** Viktoriia Lazareva
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant
_____

**Copyright Claimant:** Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions
_____

**Name:** Viktoriia Lazareva
**Email:** artlavidesign@gmail.com
**Address:** 49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification
_____

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** VL2025052320

