IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VIKTORIIA LAZAREVA,

      Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

      Defendants.

Case No. 26-cv-815

## ORDER GRANTING MOTION TO FILE UNDER SEAL

This matter is before the Court upon Plaintiff's Motion to File Under Seal. Plaintiff requests that certain documents be filed under seal until the Court has the opportunity to rule on the Plaintiff's request for *ex parte* relief and, if granted, the relief ordered therein has been effectuated.

For the foregoing reasons, it is

**ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion to file Under Seal is **GRANTED**.

2. The following documents shall be filed under seal and shall remain under seal until further order from this Court:

    a. Schedule "A" to the Complaint;

    b. Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order, together with the supporting documents;

    c. Plaintiff's *Ex Parte* Motion for Alternative Service, together with the supporting documents; and

    d. The summons.

3.     The redaction requirement is waived.

Dated: May 7, 2026

_____
UNITED STATES DISTRICT JUDGE