**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                    WHEN REPLYING, PROVIDE CASE
412–208–7500                                         NUMBER AND PARTY NAMES

May 8, 2026

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

RE:  VIKTORIIA LAZAREVA vs.  SCHEDULE A DEFENDANTS
Case Number:    2:26–CV–00815–NBF

Dear Sir/Madam:

In compliance with the provisions of 17 U.S.C. 508, enclosed please find a copy of the Complaint, Docket Entries, and AO 121 form filed in the United States District Court for the Western District of Pennsylvania.

Thank you for your attention in this matter.

Very truly yours,

BRANDY S. LONCHENA
CLERK OF COURT

By:   /s/ **Tiffanie L Anderson**

Deputy Clerk

Enclosures