# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:26-cv-00815-NBF

LAZAREVA v. SCHEDULE A DEFENDANTS                    Date Filed: 05/07/2026
Assigned to: Judge Nora Barry Fischer                Jury Demand: Plaintiff
Cause: 17:501 Copyright Infringement                 Nature of Suit: 820 Copyright
                                                     Jurisdiction: Federal Question

**Plaintiff**

**VIKTORIIA LAZAREVA**                represented by   **Stanley D. Ference , III**
                                                      Ference & Associates
                                                      409 Broad Street
                                                      Pittsburgh, PA 15143
                                                      (412) 741-8400
                                                      Email: courts@ferencelaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SCHEDULE A DEFENDANTS**

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 05/07/2026 | 1 | ☐ | **COMPLAINT** against SCHEDULE A DEFENDANTS (Filing fee, including Administrative fee, $405, receipt number APAWDC-9560981), filed by VIKTORIIA LAZAREVA. (Attachments: # 1 Exhibit Registration, # 2 Exhibit Combatting Trafficking and Counterfeit, # 3 Exhibit Intellectual Property Rights, # 4 Civil Cover Sheet) (Ference, Stanley) (Entered: 05/07/2026) |
| 05/07/2026 | 2 | ☐ | Disclosure Statement identifying None as corporate parent or other affiliate by VIKTORIIA LAZAREVA. (Ference, Stanley) (Entered: 05/07/2026) |
| 05/07/2026 | 3 | ☐ | AO 121 NOTICE by VIKTORIIA LAZAREVA (Ference, Stanley) (Entered: 05/07/2026) |
| 05/07/2026 | 4 | ☐ | MOTION for Temporary Restraining Order , MOTION Order Restraining Assets and Merchant Storefronts , MOTION to Expedite, MOTION for Order to Show Cause by VIKTORIIA LAZAREVA. (Ference, Stanley) (Entered: 05/07/2026) |
| 05/07/2026 | 5 | ☐ | MOTION for Leave to File Documents Under Seal by VIKTORIIA LAZAREVA. (Attachments: # 1 Proposed Order) (Ference, Stanley) (Entered: 05/07/2026) |
| 05/07/2026 | | | Judge Nora Barry Fischer added. (elt) (Entered: 05/08/2026) |

View Selected

or

Download Selected