**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VIKTORIIA LAZAREVA, | Civil Action No. |
| Plaintiff, | 26-cv-00815 |
| v. | (Judge Wiegand) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 1 | Glaphy |
| 6 | Shengzhou Ziq |
| 7 | tiyangsm |
| 8 | SMESM |
| 9 | zatosi |
| 10 | Kzzfqxb Shop |
| 12 | DGESTE |
| 13 | Jao Personalize |
| 16 | zhuangminqi |
| 20 | dongguanyingcaifuzhuangyouxianzerengongsiyicong |
| 21 | CASSS222 |
| 26 | Chrobak US |
| 28 | Tkuyo Household |
| 29 | Yeer Co. |
| 33 | songsongstore |
| 34 | Wajade US |
| 39 | LNINXUU |

| 40 | kunmingpangpanwangluokejiyouxiangongsi |
|---|---|
| 44 | Quetliy |
| 46 | Desilife-US |
| 47 | Fengfengfei |
| 49 | fansell |
| 52 | CoolXian |
| 53 | LOSTHLL-US |
| 55 | koopder |
| 56 | WEIHUISTOR |
| 58 | Yannir |
| 59 | ADEFSTORE |
| 62 | ZhanBoBing Shop |
| 64 | CIAIDU |
| 65 | PuTianShiLiChengQuBenYueBaiHuoShangHang |
| 66 | xiao xin xing |
| 67 | zanlin |
| 70 | Xidingyue |
| 75 | XuChangRenYueShangMaoYouXianGongSi1 |
| 76 | KLCI |
| 79 | jiningshigepeipei |
| 81 | tengsha |
| 84 | GCCGFD |
| 86 | Deldeli |
| 87 | guangzhoulingdaishangmaoyouxiangongsi |
| 88 | wangjingguangzhouwaitaishangmao |
| 89 | jiujiangcaipiaozoudianzishangwuyouxiangongsi |
| 93 | Qzdeyijia Store |
| 95 | PSB1122 |
| 96 | jeffbondusxiuX |
| 97 | linna3555 |
| 98 | mywatchbands |
| 101 | TUNTOP POWER |
| 102 | Sheila Bedding |
| 105 | Keosonb |
| 106 | manfei |
| 108 | FXunzon |
| 110 | Xemitoro-Store |
| 111 | InkVoyage |
| 112 | shzhujie |

| 115 | FunnyPaja |
| 116 | Childlike Me |
| 117 | BTPEIHTD |
| 119 | LoveLx |
| 120 | LinLinRenLiZiYuan |
| 121 | CHERRYME123 |
| 123 | NexaCartPP |
| 124 | Ollabaky |
| 127 | DROEYROEST |
| 128 | niutech |
| 134 | Foshan Kuishenhao Cross-Border E-Commerce Co., Ltd. |
| 135 | yunchengshiyanhuqucuiyuanshangmaoyouxiangongsi |
| 136 | yanhuiminfuzbaihuodian |
| 137 | Polovillae |
| 138 | IURNXB |
| 140 | PerftHat |
| 144 | zhi xian jiao |
| 146 | EVESKY |
| 147 | MainGo Company |
| 151 | shouhaowang |
| 154 | Milingguya |
| 155 | kuaruomaoyi |
| 164 | NBshops |
| 168 | Bansenna Store |
| 172 | CoreNest |
| 178 | yigeyi |
| 182 | Window cover |
| 183 | SEMMAN |
| 184 | Shore of the Mind ab |
| 191 | TiaoYiA |
| 209 | Corner stamp ab |
| 212 | Art of Walls |
| 213 | abgac |
| 220 | Yenin |
| 227 | David Crowe Shop |
| 228 | The moonlight remains |
| 234 | BoJingA |
| 239 | MaoTanobq |
| 243 | Mensghere |

| 245 | LoomEdge |
|---|---|
| 251 | xvsdz shirts qw |
| 252 | Nova MartA |
| 260 | BHuyh Clothing |
| 261 | Azjy Clothing |
| 268 | Gaalt |
| 269 | DrCup |
| 270 | WholesomeCasaPro |
| 271 | Nunoshin Home Textile local |
| 278 | Close Sse |
| 279 | Stylishy |
| 283 | WarmHavenWQ |
| 285 | BajuntuCo |
| 286 | COOL PENGUIN |
| 287 | CloudRest Room |
| 296 | Belong To D |
| 308 | Aciew |
| 309 | FloorPoetry A |
| 324 | BXWW |
| 328 | Quaint Elegance Shop |
| 329 | LYQHOME A |
| 338 | Echoed Garms |
| 347 | Closet Refresh |
| 348 | Daily Threads l |
| 380 | Dye Studio |
| 387 | Fans Rug |
| 388 | MatFable A |
| 389 | WorldWideRugs |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: June 19, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff