**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VIKTORIIA LAZAREVA, | Civil Action No. |
| Plaintiff, | 26-cv-00815 |
| v. | (Judge Wiegand) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 2 | Ceiurey |
| 30 | Arteasgy |
| 35 | maisihuaci-us |
| 36 | dongwencaihfgh |
| 61 | Namoxpa |
| 92 | EMXION |
| 94 | ChenJinXiangkhjiohjb |
| 99 | haikoudonglanmengshangmaoyouxiangongsi |
| 104 | PAPER OUTLET |
| 125 | Weecreeture |
| 130 | GPLYFBU Shop |
| 131 | Shunyi Sheng |
| 139 | fafafgsgsfada |
| 157 | Wanlong |
| 165 | KSHXY |
| 166 | ANBCLUB |
| 173 | A house of tools |

| 179 | sunbin |
| 194 | SewnByYou |
| 195 | jing cheng ai |
| 197 | Hoartme |
| 205 | Tailor Three |
| 207 | DoodleWear |
| 217 | Youth Vibe |
| 230 | lnuais |
| 233 | MNMPOP |
| 247 | Terra Sip |
| 248 | PK CUP |
| 272 | ZippyCraft |
| 274 | Naughty brand |
| 275 | Bablov Sports Cup |
| 289 | Tidal floor mat |
| 364 | EWARERWQ |
| 391 | Teemo Value Carpets |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: July 20, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff